# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTLEY DAMIEN LEE,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-CV-00355-ECR-(VPC)

**ORDER**

    The court ordered (#3) petitioner to file an application to proceed <u>in forma pauperis</u> or to pay the filing fee. Petitioner has done neither within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#3). The clerk of the court shall enter judgment accordingly.

    DATED: August 3, 2010

_____
EDWARD C. REED
United States District Judge