AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BARTLEY DAMIEN LEE,

    Petitioner,

V.

JACK PALMER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00355-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**x** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order [3].

August 4, 2010

**LANCE S. WILSON**
Clerk

/s/ M. Campbell
Deputy Clerk