# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTLEY DAMIEN LEE,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-CV-00355-ECR-(VPC)

**ORDER**

    Petitioner has submitted an amended petition (#10). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will dismiss one ground because it is without merit on its face, and the court will direct respondents to file a response to the remaining parts of the amended petition (#10).

    In ground 3, petitioner alleges that in his state post-conviction habeas corpus proceedings, the district court agreed to a stipulation, regarding the filing of a notice of appeal from the judgment of conviction, that it knew was illegal. "[A] petition alleging errors in the state post-conviction review process is not addressable through habeas corpus proceedings." Franzen v. Brinkman, 877 F.2d 26, 26 (9th Cir. 1989); see also Gerlaugh v. Stewart, 129 F.3d 1027, 1045 (9th Cir. 1997). Ground 3 is without merit on its face, and the court dismisses it.

    IT IS THEREFORE ORDERED that ground 3 of the amended petition (#10) is **DISMISSED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (#10). If

respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the respondents or counsel for the respondents. The court may disregard any paper received by a district judge or magistrate judge that has not been filed with the clerk, and any paper received by a district judge, magistrate judge, or the clerk that fails to include a certificate of service.

DATED: October 28, 2010

_____
EDWARD C. REED
United States District Judge