# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTLEY DAMIEN LEE,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-CV-00355-ECR-(VPC)

**ORDER**

Petitioner having submitted an unopposed motion for an enlargement of time in which to file a second amended petition for writ of habeas corpus (second request) (#26), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a second amended petition for writ of habeas corpus (second request) (#26) is **GRANTED**. Petitioner shall have through October 21, 2011, to file and serve a second amended petition.

DATED this 22nd day of August 2011.

_____
EDWARD C. REED
United States District Judge