# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARTLEY DAMIEN LEE,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-CV-00355-ECR-(VPC)

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time in which to file a second amended petition for writ of habeas corpus (fourth request) (#30), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a second amended petition for writ of habeas corpus (fourth request) (#30) is **GRANTED**. Petitioner shall have through November 18, 2011, to file and serve a second amended petition.

    DATED:  November 15, 2011.

_____
EDWARD C. REED
United States District Judge