1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
9    BARTLEY DAMIEN LEE,
10           Petitioner,                    Case No. 3:10-CV-00355-ECR-(VPC)
11   vs.                                    **ORDER**
12   JACK PALMER, et al.,
13           Respondents.
14
15           Petitioner having submitted an unopposed motion for an enlargement of time in
16   which to file a second amended petition for writ of habeas corpus (fourth request) (#30), and good
17   cause appearing;
18           IT IS THEREFORE ORDERED that petitioner's unopposed motion for an
19   enlargement of time in which to file a second amended petition for writ of habeas corpus (fourth
20   request) (#30) is **GRANTED**.  Petitioner shall have through November 18, 2011, to file and serve a
21   second amended petition.
22           DATED:  November 15,  2011.
23
24                                          _____
25                                          EDWARD C. REED
                                            United States District Judge
26
27
28